Michael R. Lofgran (10820)
Chelsey E. Phippen (13333)
**HUNTSMAN │ LOFGRAN, PLLC**
623 East Fort Union Blvd. Suite 201
Salt Lake City, Utah 84047
Telephone:     801.838.8900
Facsimile:      801.617.8400
Email: chelsey@huntsmanlofgran.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CHRISTI VARNEY,<br><br>                             Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>                             Defendants. | **MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>No. 1:15-cv-00064-TC<br><br>Honorable Judge Tena Campbell |

   The Plaintiff, Christi Varney, by and through counsel respectfully moves this Court for an Order granting dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(2). This Motion is based upon discovery of additional parties who will strip this court of jurisdiction under 28 U.S.C. § 1332.

                                     HUNTSMAN │ LOFGRAN, PLLC


                          By:     __/s/ Chelsey E. Phippen_____
                                     Chelsey E. Phippen
                                     *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the __14th__ day of January, 2016, I caused a true and correct copy of the foregoing document to be e-filed through the United States District Court to the following:

>Rodney R. Parker (#4110)
>Taymour B. Semnani (#14882)
>Snow, Christensen & Martineau
>10 Exchange Place, Eleventh Floor
>PO Box 45000
>Salt Lake City, UT 84145-5000
>Email: rrp@scmlaw.com
>*Attorneys for Target Corporation*

_____/s/ Chelsey E. Phippen _____